# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| M.M., an individual,<br><br>　　　　　　　Plaintiff<br><br>　　vs.<br><br>WYNDHAM HOTELS & RESORTS, INC.;<br>AND DAYS INN WORLDWIDE, INC.,<br><br>　　　　　　　Defendants. | Civil Action No.: 0:20-CV-00227-ECT-BRT<br><br>Judge Eric C. Tostrud<br>Magistrate Judge Becky R. Thorson |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of dismissal, without prejudice, of her complaint against Defendants. The dismissal terminates the action.

Respectfully submitted this 18th day of March, 2020.

　　　　　　　　　　　　　　　　　　**By Her Attorneys,**

　　　　　　　　　　　　　　　　　　/s/ C.J. Kishish
　　　　　　　　　　　　　　　　　　C.J. Kishish, MN Bar No. 229805
　　　　　　　　　　　　　　　　　　Kishish Law Group, LLC
　　　　　　　　　　　　　　　　　　1555 Southcross Drive West
　　　　　　　　　　　　　　　　　　Burnsville, Minnesota 55306
　　　　　　　　　　　　　　　　　　T: (888) 402-5552
　　　　　　　　　　　　　　　　　　E: ckishish@kishishlaw.com

　　　　　　　　　　　　　　　　　　/s/ Kimberly L. Adams
　　　　　　　　　　　　　　　　　　Kimberly L. Adams, Fla. Bar No. 0014479
　　　　　　　　　　　　　　　　　　Levin, Papantonio, Thomas, Mitchell,
　　　　　　　　　　　　　　　　　　Rafferty & Proctor, P.A.
　　　　　　　　　　　　　　　　　　316 S. Baylen Street, Suite 600
　　　　　　　　　　　　　　　　　　Pensacola, Florida 32502
　　　　　　　　　　　　　　　　　　T: 850-435-7000
　　　　　　　　　　　　　　　　　　F: 850-436-6056
　　　　　　　　　　　　　　　　　　E: kadams@levinlaw.com

　　　　　　　　　　　　　　　　　　/s/ Paul J. Pennock

Paul J. Pennock (*admitted pro hac vice*)
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
T: 212-558-5549
F: 212-344-5461
E: ppennock@weitzlux.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2020, I electronically filed the foregoing document entitled Voluntary Dismissal Without Prejudice with the Clerk of Court using the Court's ECF system, which will effectuate service on all parties.

/s/ C.J. Kishish<br>
C.J. Kishish